United States District Court
Southern District of Texas
**ENTERED**
April 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| BRIAN ALONZO FORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:22-CV-00024 |
| | § | |
| CITY OF YOAKUM POLICE DEPARTMENT, BURNET COUNTY SHERIFFS DEPARTMENT, and WILLIAMSON COUNTY SHERIFFS DEPARTMENT, | § § § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the November 1, 2022, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Mitchel Neurock. (Dkt. No. 28). Magistrate Judge Neurock made findings and conclusions and recommended that, pursuant to the screening requirement of the Prison Litigation Reform Act, Plaintiff's Complaint be dismissed with prejudice for seeking relief that is unavailable under 42 U.S.C. § 1983. (*Id.*).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)     Magistrate Judge Neurock's M&R, (Dkt. No. 28), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2)     Plaintiff's Complaint, (Dkt. No. 1), is **DISMISSED WITH PREJUDICE**; and

(3)     Plaintiff's Motion for Appointment of Counsel, (Dkt. No. 27), is **DENIED** as moot.

It is SO ORDERED.

Signed on April 13, 2023.

                                                  */s/ Drew B. Tipton*
                                                **DREW B. TIPTON**
                                        **UNITED STATES DISTRICT JUDGE**